IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-po-00251-KJN |
| ) Plaintiff, ) | ORDER TO DISMISS AND VACATE |
| ) | FURTHER STATUS CONFERENCE |
| v. ) | |
| ) | |
| DAVID C. RINTALA, ) | DATE: August 26, 2021 |
| ) | TIME: 9:00 a.m. |
| ) Defendant. ) | JUDGE: Hon. Kendall J. Newman |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00251-KJN is GRANTED.

    It is further ordered that the further status conference scheduled on August 26, 2021 is vacated.

    IT IS SO ORDERED.

Dated:  August 17, 2021

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE